## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN CLIFTON, | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 10-CV-936 |
| BOROUGH OF EDDYSTONE and | : |
| OFFICER JOSEPH PRETTI, | : |
| | : |
| Defendants. | : |

### ORDER

AND NOW, this 5th day of October, 2011, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 11), it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part.  The Motion is GRANTED to all claims against Defendant Borough of Eddystone.  Furthermore, the Motion is GRANTED to the constitutional claims of excessive force and malicious prosecution against Defendant Officer Pretti.  The Motion is otherwise DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.